

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00378-CR

## EX PARTE JOSE J. LOPEZ

_____

## From the 85th District Court
## Brazos County, Texas
## Trial Court No. 10-01439-CRF-85-A

---

## O R D E R   O N   R E H E A R I N G

---

Appellant's motion for rehearing to reinstate appeal is granted. The Court's memorandum opinion and judgment, dated January 15, 2015, are withdrawn, and this appeal is reinstated.


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed February 12, 2015

